UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

                v.

OPTICS FORCE, LLC,

                Defendant.

No. 24-cv-9002 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 27, 2025, Plaintiff received a clerk's certificate of default after Defendant failed to file its answer, which was due January 2, 2025. Although the Court ordered him to move for default judgment by April 1, 2025, he still has not done so. Plaintiff shall file the motion for default judgment no later than April 17, 2025. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 3, 2025
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge